91C *(12/09)*

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Sonia Bailey- Odom**                                              Case No.  **13-10260**
                              Debtor(s)                                     Chapter    **13**

## DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

I,  **Sonia Bailey- Odom**  , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
   Select appropriate exemption amount below:
   ☒ Total net value not to exceed $35,000.
   ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Fleetwood mobile home (doublewide) on .69 acre tract | 150,000.00 | Bank of America | 152,825.00 | 0.00 |

(a) Total Net Value                                                                  $      0.00
Total Net Exemption                                                                  $      0.00
(b) Unused portion of exemption, not to exceed $5,000.                               $  5,000.00
(This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)).

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

3. **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 1999 Honda Accord | 1800.00 | ADJ Meerz Auto Sales | 1000.00 | 0.00 |

(a) Statutory allowance                                                         $      3,500
(b) Amount from 1 (b) above to be used in this paragraph.                       $
    (A part or all of 1 (b) may be used as needed.)

                                       Total Net Exemption      $      0.00

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

91C *(12/09)*

| | | |
|---|---|---|
| (a) Statutory allowance | $ | 2,000 |
| (b) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | $ | |
| | Total Net Exemption  $ | 0.00 |

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **clothing and personal property: 200.00**<br>**wedding rings: 1000.00**<br>**misc. jewelry: 100.00**<br>**stove: 200.00**<br>**refrigerator: 200.00**<br>**freezer: 150.00**<br>**microwave: 40.00**<br>**tvs: 400.00**<br>**dvd:10.00**<br>**vcr: 10.00**<br>**desktop computer: 100.00**<br>**(3) laptop computers: 600.00**<br>**printer: 25.00**<br>**kitchen furniture: 100.00**<br>**(3) bedroom suites: 600.00**<br>**linens: 50.00**<br>**computer games: 25.00**<br>**dvd/vhs movies: 50.00**<br>**camcorder: 200.00**<br>**wii/nintendo: 200.00**<br>**yard tools: 50.00**<br>**riding lawn mower: 500.00**<br>**push mower: 50.00** | 4,860.00 | | | 4,860.00 |
| | | | Total Net Value | 4,860.00 |

| | | |
|---|---|---|
| (a) Statutory allowance for debtor | $ | 5,000 |
| (b) Statutory allowance for debtor's dependents: __**1**__ dependents at $1,000 each (not to exceed $4,000 total for dependents) | | 1,000.00 |
| (c) Amount from 1(b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | | |
| | Total Net Exemption | 4,860.00 |

6. **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

    Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
    **Colonial Life and Accident Insurance (death and accident) no value**
    **Policy #8291341050**
    **Colonial Life Insurance (death benefits ) no value**
    **Policy #8291341050**

7. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7).  No limit on value or number of items.)

    Description:
    **-NONE-**

91C *(12/09)*

8. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

   A. $ **-NONE-** Compensation for personal injury to debtor or to person whom debtor was dependent for support.
   B. $ **-NONE-** Compensation for death of person of whom debtor was dependent for support.
   C. $ **-NONE-** Compensation from private disability policies or annuities.

9. **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

   | Detailed Description | Value |
   |---|---:|
   | Prudential Retirement (401K) through employer | 3,971.54 |

   | Detailed Description | Value |
   |---|---:|
   | SECU Roth IRA | 199.50 |

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

    | Detailed Description | Value |
    |---|---:|
    | -NONE- | |

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

    **Description:**
    -NONE-

12. **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

    **Description:**
    -NONE-

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

    | Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
    |---|---:|---|---:|---:|
    | Bank of America checking account #4979 | 0.00 | n/a | n/a | 0.00 |
    | Bank of America money market savings account #3716 | 0.00 | n.a | n.a | 0.00 |
    | SECU checking account #3735 | 1.34 | n/a | n/a | 1.34 |
    | SECU share account #5776 | 25.65 | n/a | n/a | 25.65 |
    | SECU share account #6678 | 250.76 | n.a | n/a | 250.76 |

    (a) Total Net Value of property claimed in paragraph 13.                                    $      277.75

    (b) Total amount available from paragraph 1(b).                                             $    **5,000.00**

    (c) Less amounts from paragraph 1(b) which were used in the following paragraphs:
            Paragraph 3(b)        $ _____
            Paragraph 4(b)        $ _____
            Paragraph 5(c)        $ _____
            Net Balance Available from paragraph 1(b)   $    **5,000.00**

91C *(12/09)*

|  |  | Total Net Exemption | $ | **277.75** |
|---|---|---|---|---|

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

  **-NONE-**
  TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $     0.00

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

  **-NONE-**
  TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $     0.00

DATE **March 26, 2013**         **/s/ Sonia Bailey- Odom**
                                **Sonia Bailey- Odom**
                                Debtor