PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-1964.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re                                                                  Bk. No. 13-10260

Sonia Bailey- Odom Fka Sonia B. Patterson,           Chapter 13

    Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 1708 Selby Drive, Snow Camp, North Carolina 27349 (Loan No. XXXX1998), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 31, 2017                    By /s/ Dean R. Prober
                                                      DEAN R. PROBER, ESQ., CA BAR # 106207
                                                      As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On September 7, 2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Sonia Bailey- Odom
1708 Selby Drive
Snow Camp, NC 27349
Debtor

Sherri Lynn Hamlett, Esquire
Sherri Hamlett, Attorney at Law
P.O. Drawer 59
3453 Forestdale Drive
Burlington, NC 27216
Attorney for Debtor

Anita Jo Kinlaw Troxler
Greensboro Chapter 13 Office
500 West Friendly Avenue
P.O. Box 1720
Greensboro, NC 27402
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2017, at Woodland Hills, California.

/s/ Roger Soria

2